IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| Huston Lewis Wallace, ) | Case No.: 25-10809 |
| ) | |
| Debtor. ) | |

CERTIFICATE OF SERVICE

    THIS IS TO CERTIFY that the undersigned has served a copy of the CHAPTER 13 PLAN [Doc. No.: 2] was duly served upon the following parties by depositing same in a post paid, properly addressed envelope in a Post Office or official depository under the exclusive care and custody of the United States Postal Service:

John Paul Hughes Cournoyer
U.S. Bankruptcy Administrator
101 South Edgeworth Street
Greensboro, NC 27401
VIA CM/ECF

Anita Jo Kinlaw Troxler
Greensboro Chapter 13 Office
500 W. Friendly Ave.
P.O. Box 1720
Greensboro, NC 27402-1720
VIA CM/ECF

Toyota Financial Services
Attn: Officer/Managing Agent
6565 Headquarters Dr
Plano, TX 75024

Toyota Motor Credit Corporation
Attn: Officer/Managing Agent
6565 Headquarters Dr W2-5a
Plano, TX 75024

See attached mailing matrix.

    Under penalty of perjury, I declare that the foregoing is true and correct.

    THIS the 1st day of December, 2025.

                                                                          /s/ Samantha K. Brumbaugh
                                                                      Samantha K. Brumbaugh
                                                                       Attorney for Debtor
                                                                       N.C.S.B. #32379
                                                                       Ivey, McClellan, Siegmund, Brumbaugh
                                                                       & McDonough,  LLP
                                                                       305 Blandwood Ave.
                                                                       Greensboro, NC 27402
                                                                       skb@iveymcclellan.com
                                                                       Telephone: (336) 274-4658

Case 25-10809
Middle District of North Carolina
Greensboro

| | | |
|---|---|---|
| Apple Card/GS Bank USA<br>Lockbox 6112<br>P.O. Box 7247<br>Philadelphia, PA 19170-0001 | Capital One<br>P.O. Box 31293<br>Salt Lake City, UT 84131-0293 | American Express<br>P.O. Box 981537<br>El Paso, TX 79998-1537 |
| | | Commonwealth of Virginia Department of Taxat<br>PO BOX 2156<br>Richmond, VA 23218-2156 |
| Dillards/CBNA<br>P.O. Box 6497<br>Sioux Falls, SD 57117-6497 | (p)EQUITY SALES FINANCE  INC<br>13570 GROVE DR<br>#367<br>MAPLE GROVE MN 55311-4400 | (p)GUILFORD COUNTY TAX DEPARTMENT<br>ATTN ELLIOTT THOMPSON<br>PO BOX 3138<br>GREENSBORO NC 27402-3138 |
| Imprint Payments, Inc.<br>77 Water St, Room 2304<br>New York, NY 10005-4433 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | (p)KLARNA INC<br>ATTN BANKRUPTCY<br>PO BOX 8116<br>COLUMBUS OH 43201-0116 |
| Lightstream<br>P.O. Box 849<br>Wilson, NC 27894-0849 | Lions Share FCU<br>850 Harrison Road<br>Salisbury, NC 28147-9021 | (p)MOHELA<br>CLAIMS DEPARTMENT<br>633 SPIRIT DRIVE<br>CHESTERFIELD MO 63005-1243 |
| NC Dept. of Revenue<br>P.O. Box 1168<br>Raleigh, NC 27640-0001 | Netcredit/TAB<br>P.O. Box 71746<br>Philadelphia, PA 19176-1746 | Opploans/Finwise<br>P.O. Box 71746<br>Philadelphia, PA 19176-1746 |
| Toyota Motor Credit<br>P.O. Box 9786<br>Cedar Rapids, IA 52409-0004 | Upstart<br>2 Circle Star Way<br>San Carlos, CA 94070-6200 | VA Dept. of Taxation<br>P.O. Box 1115<br>Richmond, VA 23218-1115 |
| | Houston Lewis Wallace<br>2908 Queens Town Circle<br>Apt. 3D<br>Greensboro, NC 27407-0005 | |