UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| Houston Lewis Wallace, ) | Case No: 25-10809 |
| ) | |
| Debtor. ) | |

CERTIFICATE OF SERVICE

      THIS IS TO CERTIFY that on the date indicated below, the undersigned served a copy of the CHAPTER 13 PLAN [Doc. No.: 2] and NOTICE OF CHAPTER 13 BANKRUPTCY CASE [Doc. No.: 6] to the parties as shown below via electronic transmission as may be applicable or by depositing the same in a post-paid wrapper, addressed accordingly, in an official depository of the United States Postal Service, in the manner prescribed by law:

SYNCB/Lowes
PO Box 71727
Philadelphia, PA 19176

      THIS the 17th day of December 2025.

      /s/ Samantha K. Brumbaugh
      Samantha K. Brumbaugh
      Attorney for Debtor
      N.C.S.B. #32379
      Ivey, McClellan, Siegmund, Brumbaugh
      & McDonough, LLP
      305 Blandwood Ave.
      Greensboro, NC 27402
      skb@iveymcclellan.com
      Telephone: (336) 274-4658